Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 14330-5-II.  Division Two.  November 16, 1992.]

RODERICK SHANE GUILE, ET AL, *Appellants,* v. THE CITY OF WESTPORT, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-2-00647-6, David E. Foscue, J., entered October 3, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 25576-2-I.  Division One.  November 16, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. LENNIE TODD CAIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-02374-8, Frank L. Sullivan, J., entered April 2, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Coleman, JJ.

[No. 26425-2-I.  Division One.  November 16, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY JAMES WOODLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-02835-2, Jim Bates, J., entered December 6, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Baker, JJ.

[No. 28957-8-I.  Division One.  November 16, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN J. MAGERA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-8-03021-1, Bobbe J. Bridge, J., entered July

15, 1991. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Baker, JJ.